## Commonwealth *v.* Ackerman, Appellant.

Submitted April 10, 1972. *John D. Petruso,* for appellant; *Bruce L. Smith,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Adams, Appellant.

Argued April 12, 1972. *Michael J. Wherry,* Assistant Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Samuel J. Orr, IV,* Assistant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.